HARRY W. ALLEN AND EMMA M. ALLEN, AS EXECUTORS UNDER THE
LAST WILL AND TESTAMENT OF JOHN W. ALLEN, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed May 29, 1919.*

INHERITANCE TAX—*when entitled to a refund.* Where an inheritance
tax is assessed against an estate by the County Judge, and paid, without
deducting from the gross estate the Federal Estate Tax therefrom, and
upon appeal the County Court enters an order deducting the Federal Tax
from the assessment and re-assesses the tax against the estate; *Held,* the
claimant is entitled to a refund of the difference between the tax paid under
the original order and the amount found to be due by the County Court.

MISTAKE OF FACT—*recovery of moneys paid under mistake.* Moneys
voluntarily paid under a mistake of fact can be recovered.

Edward J. Brundage, Attorney General, for State.

This is a claim for refund of inheritance taxes claim to have been
paid erroneously into the State Treasury by Harry A. Allen and Emma
M. Allen, as executors under the last will and testament of John W.
Allen, deceased.

The facts are briefly as follows:

John W. Allen died testate, a resident of Cook County, Illinois,
on or about the 13th day of January, A. D. 1918. Thereafter his will
was duly admitted to probate in the Probate Court of Cook County,
and the claimants duly appointed executors.

Thereafter the County Judge of said county entereed an order
assessing an inheritance tax in said estate of $9,235.97, from which
order the executors appealed to the County Court of said county on the
ground that the amount of the so-called Federal Estate Tax to which
this estate was liable had not been deducated from the gross estate in or-
der to determine the net estate for the purpose of the said State inheri-
tance tax. On the trial in the County Court an order was entered which
assessed a total tax in this estate of $8,648.47.

The taxes assessed by the County Judge, less (5) five per cent
discount for payment within six months from decedent's death, were,
on the 13th day of July, 1918, paid by the said executors to the County
Treasurer of Cook County, a net payment of $8,774.17. The proper
amount payable under the final order of the County Court was $8,-
648.47, less five per cent discount, or $8,216.05. The executors there-
fore paid $558.12 in excess of the amount finally determined to be due
in this estate, and the Attorney General has filed herein his consent
that an award for that amount be made.

We, therefore, award the claimants herein the sum of five hundred
fifty-eight dollars and twelve cents ($558.12).